■ In the Matter of the BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK (DOE) et al., Respondents, v UNITED FEDERATION OF TEACHERS et al., Appellants. [26 NYS3d 465]—

Order, Supreme Court, New York County (Kathryn E. Freed, J.), entered June 23, 2014, which granted the petition to vacate a supplemental arbitration award, and denied respondents' motion to dismiss the petition and "cross motion" to confirm the supplemental award, unanimously affirmed, without costs.

The court properly vacated the supplemental arbitration award because the parties failed to comply with the procedure set forth in CPLR 7509 (*Matter of Bianchi [Katz]*, 111 AD3d 1012, 1013 [3d Dept 2013]; *Melun Indus., Inc. v Strange*, 898 F Supp 995, 1001 [SD NY 1992]), and the standard for modification under CPLR 7511 (c) was not met (*Matter of New Paltz Cent. School Dist. [New Paltz United Teachers]*, 99 AD2d 907 [3d Dept 1984]).

In addition, the arbitrator exceeded his powers by "rendering wholly new determinations on matters not addressed in the original award" (*Matter of Outback Steakhouse, Inc. v Contracting Mgt., Inc.*, 58 AD3d 855, 855 [2d Dept 2009]).

We have considered the parties' remaining arguments and find them unavailing. Concur—Friedman, J.P., Acosta, Renwick and Richter, JJ. 